# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DERRANCE L. HARRIS ESTATE**                                    **PLAINTIFF**

**v.**            **CASE NO. 4:17-CV-00125 BSM**

**PEGGY DENDY, et al.**                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 24th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE